IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHARLES QUINTANA, )<br>)<br>Defendant. ) | Cr. No. 21-533 WJ |

**UNITED STATES' UNOPPOSED MOTION TO FILE UNDER SEAL RESPONSE TO THE DEFENDANT'S SEALED SENTENCING MEMORANDUM**

The United States requests leave of the Court to file under seal a response to the defendant's sentencing memorandum (Doc. 68). The defendant's sentencing memorandum was filed under seal on November 22, 2023. Because the United States intends to reference the defendant's sealed sentencing memorandum in its response, the United States requests leave to file its response under seal. This request is made pursuant to CM/ECF Adm. Proc. Manual, ¶ 9(h)(1) & (2) (leave of Court required to file documents under seal except under Fed.R.Civ.P. 5.2(F), Fed.R.Crim.P. 49.1 or statute). The filing of this motion in CM/ECF caused a copy to be served electronically on Christopher A. Dodd, Esq., counsel for the defendant, who does not oppose it.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Samuel A. Hurtado*
_____
Samuel A. Hurtado
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274